## WILL BEAN v. THE STATE.

No. 9219.   Delivered April 15, 1925.

**Transporting Intoxicating Liquors.**

No statement of facts nor bills of exceptions appearing, and the appellant having entered a plea of guilty, the cause is affirmed.

Appeal from the District Court of Jefferson County.   Tried below before the Hon. Geo. C. O'Brien, Judge.

Appeal from a conviction for transporting intoxicating liquor; penalty, one year in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is transporting intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

The indictment is regular.   A plea of guilty was entered.   No bills of exception are found in the record.   Neither are the facts brought forward for review.

The judgment is affirmed.

*Affirmed.*